James F. Mister, Administrator of John Dowling, Deceased, Respondent, v. Thomas Corrigan, Appellant.

### May 4, 1885.

Case Adjudged.—Cause submitted by agreement of parties, and leave to appellant to file brief and statement within ten days ; neither brief nor statement filed within said time, nor was there any assignment of errors. *Held :* that the law absolutely requires a statement and brief, and they cannot be dispensed with even by agreement.—*Dike* v. *Frank*, 52 Mo. 551 ; *Snyder* v. *Hopkins*, 39 Mo. 413.

Appeal from Jackson Circuit Court, Hon. Turner A. Gill, Judge.

*Affirmed.*

John C. Tarsney, for the appellant.

Dunlap & Freeman, Milton Moore, and James F. Mister, for the respondent.

Opinion by Ellison, J.

When this cause was submitted, by agreement of the parties and consent of the court, the appellant was given ten days in which to file his brief and statement.

Though the ten days have long since expired, there is as yet no brief or statement in behalf of appellant. It is likewise discovered, on examination, there is no assign-

ment of errors. The law absolutely requires a statement and brief, and they cannot be dispensed with even by agreement.—*Dike* v. *Frank*, 52 Mo. 551 ; *Snyder* v. *Hopkins*, 39 Mo. 418. The judgment below is affirmed. The other judges concur.